# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

## No. 00-40192
_____

## GINA PALMER

Plaintiff - Appellant,

### versus

## WILKINSON OLDSMOBILE CADILLAC

Defendant - Appellee.

_____

## Appeal from the United States District Court
## for the Southern District of Texas
## (V-98-CV-57)

_____
___

## December 8, 2000

**Before BARKSDALE, EMILIO M. GARZA and BENAVIDES, Circuit Judges.**

**PER CURIAM:**[*]

**AFFIRMED.** See 5ᵗʰ Circuit Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.